UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re:                                                                                    Chapter 11

**159 BROADWAY MEMBER LLC,**                                     Case No.:

                              Debtor.
----------------------------------------------------------X

## **CERTIFICATE OF RESOLUTION**

I, the undersigned, **DAVID GOLDWASSER**, as Chief Restructuring Officer of **159 Broadway Member LLC** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

      **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

      **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser as Chief Restructuring Officer of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

      **RESOLVED,** that David Goldwasser, as Chief Restructuring Officer of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

{01082862.DOC;1 }

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 21st day of December, 2020.

                              **159 BROADWAY MEMBER LLC**

                              **By:  /s/ David Goldwasser**
                              **DAVID GOLDWASSER**
                              **CHIEF RESTRUCTURING OFFICER**